IN RE: James F. DICKSON

709 S.W.2d 404

Supreme Court of Arkansas
Delivered May 12, 1986

PER CURIAM. On recommendation of the Committee on Professional Conduct, the Court accepts the surrender by James F. Dickson of his license to practice law.

PURTLE, J., not participating.

IN RE: George L. TAYLOR

Supreme Court of Arkansas
Delivered June 2, 1986

710 S.W.2d 201

PER CURIAM. Upon recommendation of the Supreme Court Committee on Professional Conduct, George L. Taylor's license to practice law is hereby reinstated.